**Order entered February 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00198-CV

## IN RE WILLIAM A. BOOTHE, M.D. AND WENDY J. BOOTHE, Relators

### On Appeal from the County Court at Law No. 5
### Dallas County, Texas
### Trial Court Cause No. 12-03467-E

## ORDER

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus and emergency motion to stay. We **ORDER** that relators bear the costs of this original proceeding.

/s/     DAVID LEWIS
          JUSTICE